# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE JONES, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> VERMONT/HOLLYWOOD ASSOCIATES, L.P., a California limited partnership; and DOES 1-10, <br><br> Defendants. | Case No.: 2:22-cv-03136-SVW-MAA <br><br> *Hon. Stephen V. Wilson* <br><br> **ORDER FOR DISMISSAL WITH PREJUDICE** <br><br> Action Filed:  May 9, 2022 <br> Trial Date:     Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff George Jones' action against Defendant VERMONT/HOLLYWOOD ASSOCIATES, L.P. is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated: November 29, 2022

Hon. Stephen V. Wilson
United States District Judge